**UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  OHIO
WESTERN  DIVISION**

Camp Bow Wow Franchising, Inc.,

      Plaintiff,

      v.                              Case No. 1:20cv993

Shear Pawfection, LLC, *et al.,*          Judge Michael R. Barrett

      Defendants.

## <u>ORDER</u>

      Pursuant to notification by defense counsel Michael Sandner on behalf of the parties May 6, 2021 that this matter is settled;

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

      The Court retains jurisdiction.

      **IT IS SO ORDERED.**

                              *s/Michael R. Barrett*
                              Michael R. Barrett, Judge
                              United States District Court